No. 88–6880. COOPER v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 88–6887. DREAD v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 88–6889. FROMETA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 88–6894. DAROTI-LAGOS, AKA LAGOS-DAROTI v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 88–6900. HOFFMAN v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 88–6902. HUNT v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 88–6905. COLON-ORTIZ v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 88–6921. CURLEE v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 88–6923. GARRETT v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 88–6926. FINN v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 88–6933. THOMAS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 88–6939. ALVAREZ v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 88–1381. ROBLES v. EXXON CORP. C. A. 5th Cir. Certiorari denied. JUSTICE BRENNAN and JUSTICE WHITE would grant certiorari.

No. 88–1399. PEABODY COAL CO. v. ARIZONA ET AL. Ct. App. Ariz. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.